**Exhibit A to the Complaint**

**Location:** East Brunswick, NJ        **IP Address:** 98.221.54.155

**Total Works Infringed:** 34        **ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|------|------|------|-----|-----------|--------------------|------------|
| 1 | C8EFA09EF1CAEC72B25969BB84371884337D26B7 | Vixen | 11/11/2017 21:41:34 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 2 | 039F4779148D3E374D990283A83AC46A0219DAE9 | Vixen | 08/11/2017 16:13:36 | 04/19/2017 | 06/16/2017 | PA0002069291 |
| 3 | 11193F76D3E9B899FCC7A13031A9CBBA957C65B5 | Blacked | 08/18/2017 21:50:09 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 4 | 18CCA3472B7DF24995758E23A7BAAE0BECF84119 | Tushy | 11/02/2017 23:00:31 | 11/02/2017 | 11/15/2017 | 16013254789 |
| 5 | 1DC62C92B21B3B8B1495C519B9DEA33EA67BC95A | Blacked | 12/09/2017 18:15:35 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 6 | 2BAFA0F284141502661FCC82E9E47F077151986A | Blacked | 08/13/2017 13:59:34 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 7 | 3322700996A03ADC28816C7F4921A496821C476B | Blacked | 10/06/2017 13:12:30 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 8 | 36B68FAAFCCE2FF9B498DAB6BF60BE39EFA5F132 | Vixen | 09/15/2017 01:25:19 | 08/22/2017 | 09/07/2017 | PA0002052852 |
| 9 | 4B321B55536C35EC1609EE2AB4EFB520A5CFA67D | Vixen | 08/11/2017 19:08:38 | 07/03/2017 | 07/06/2017 | 15584691415 |
| 10 | 4B86BC16D0E5A0983C578B61ED87BC62C55B116A | Vixen | 12/08/2017 18:19:16 | 08/12/2017 | 08/17/2017 | 15732986308 |
| 11 | 4BD4EAA1DC0958A48BD37DA0BA02AD893D39EE77 | Vixen | 11/22/2017 01:24:47 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 12 | 5D9F928A0B3ABCCDCED5FA4D82D5F65F3F3E5FFB | Vixen | 08/12/2017 21:20:13 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 13 | 61C5B2788912F13F21B410A1E98951191B126004 | Tushy | 09/04/2017 02:33:26 | 09/03/2017 | 09/10/2017 | PA0002052851 |
| 14 | 62DEBABF5C6E7174BC6D60794659DE722532235B | Tushy | 09/22/2017 15:54:10 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 15 | 74C4E0626D2C2D57BC9D2BE4DB4D96C6E869F63B | Tushy | 10/22/2017 00:25:56 | 10/18/2017 | 11/15/2017 | 16016503463 |
| 16 | 7D6EFB33216A92D001939ECE72CDCF9A99C13A2E | Vixen | 11/11/2017 20:38:33 | 10/11/2017 | 10/22/2017 | 15918925932 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 7EF2605BA99F463A5FCA118206E2277F22D20022 | Tushy | 08/28/2017 23:16:26 | 06/30/2017 | 07/06/2017 | 15584063421 |
| 18 | 860DA9F22EEC18139E9B4633CA98874ECDEA8576 | Tushy | 08/12/2017 18:15:02 | 05/21/2017 | 06/22/2017 | PA0002039282 |
| 19 | 8746870F054F7FA46A86566E33F14172C57266AA | Vixen | 11/25/2017 21:31:18 | 09/16/2017 | 09/25/2017 | 15894022913 |
| 20 | 88EDD4A5B85427C95D1D5E565FE29845E938A31C | Vixen | 09/22/2017 22:19:32 | 05/14/2017 | 06/22/2017 | PA0002039297 |
| 21 | 8FDE83C1B6614B3F1A37CD8A0E3EDA558F4A499B | Vixen | 08/31/2017 12:20:28 | 08/27/2017 | 09/07/2017 | PA0002052843 |
| 22 | 930E755E57A6985E45732F16DC07D74D293825C8 | Vixen | 11/02/2017 18:43:20 | 03/25/2017 | 06/05/2017 | PA0002050771 |
| 23 | 9721A32E2CBD9B2BF2CB77378E346C80620F83E4 | Vixen | 11/25/2017 21:49:00 | 09/06/2017 | 09/14/2017 | PA0002052844 |
| 24 | A2C48DF5D361709EBF3243CD82B7E80FB93EED4E | Tushy | 08/25/2017 00:40:42 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 25 | A3808E530C1587A45B0E84FF8444244B96400201 | Tushy | 11/17/2017 22:24:34 | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 26 | A9D2385B21092F12C59E5E01622E940EAA7244AB | Tushy | 10/13/2017 19:08:47 | 10/13/2017 | 10/22/2017 | PA0002058299 |
| 27 | AF89AB436791F8C21A11C93E20B8F53790237D08 | Vixen | 11/25/2017 21:10:45 | 11/15/2017 | 11/21/2017 | 16013342550 |
| 28 | AFAA652DCC9E0058185F2612214E8923FDE05918 | Tushy | 10/06/2017 12:18:30 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 29 | B08A1620DCFA0029551BCD658674D3CEC7B1B3F2 | Tushy | 09/13/2017 23:51:30 | 09/13/2017 | 09/25/2017 | 15894022635 |
| 30 | C295DB4D1D1DA424FF9474EB33F1154BC171E5E0 | Vixen | 08/11/2017 19:08:28 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 31 | C669619874F156A686BD869A3E5BD5260785E68A | Blacked | 12/11/2017 16:36:21 | 11/11/2017 | 11/21/2017 | 16016503414 |
| 32 | E02E7AB71D48986B38F47A32AD68E84D0E4CE212 | Vixen | 05/05/2017 18:35:36 | 03/30/2017 | 06/05/2017 | PA0002052862 |
| 33 | EE7B431D4EF0439F713DA25D5DE5094C4F92B6C9 | Vixen | 11/25/2017 21:13:34 | 10/21/2017 | 11/15/2017 | 16016503512 |
| 34 | FA1C15A1B82D3D04FAD2618972F1F568765F3E4D | Tushy | 10/06/2017 12:36:28 | 09/23/2017 | 10/02/2017 | 15893930182 |